# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

140267

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CYNTHIA SOUFANE (ROOKE), Next Friend of
BRYAN ROOKE, a minor,
        Plaintiff-Appellant,

v

SC:  140267
COA: 279227
Livingston CC: 04-020564-NH

JUNG WU, M.D. and JUNG WU, M.D. P.C.,
ST JOSEPH MERCY HOSPITAL, Doing Business
as TRINITY HEALTH ASSOC, otherwise known
as McPHERSON HOSPITAL,
        Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the November 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     HATHAWAY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk

p0616